Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Friend of the Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE REQUEST FOR APPOINTED COUNSEL BY PAM RICKARD | Case No. 3:06-cr-_____<br><br>**AFFIDAVIT OF SUE ELLEN TATTER** |

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

      Sue Ellen Tatter, being first duly sworn, upon oath, deposes and says as follows:

      1.    I am an Assistant Federal Defender with the Federal Defender's Office for the District of Alaska.

      2.    I have been in contact with Retta-Rae Randall of the U.S. Attorney's Office.  Ms. Randall reports that she is prepared to file felony charges in this matter.

      3.    I have also been in contact with Ms. Rickard regarding this matter.  She has requested assistance from this office in this matter.  She reports that she is indigent and cannot afford to hire private counsel.

4. Ms. Rickard is asking that the court appoint counsel so that this office can officially assist her in these proceedings.

8. Assistant United States Attorney Retta-Rae Randall indicated that the government does not oppose this request.

9. For all these reasons, I am asking the court to authorize the Federal Defender for the District of Alaska to represent Ms. Rickard in connection with the upcoming proceedings in this matter.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Sue Ellen Tatter

SUBSCRIBED and SWORN to before me this 12th day of April, 2006.



_____
Notary Public in and for Alaska
My Commission Expires: 3/14/2007

STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007

2