UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE REQUEST FOR APPOINTED COUNSEL BY PAM RICKARD | 3:06-mc-008 JWS<br><br>**ORDER APPOINTING COUNSEL** |

It is hereby ordered that the Federal Defender for the District of Alaska is authorized to represent Pam Rickard in connection with potential felony charges **provided** that a financial affidavit is completed by Ms. Rickard and filed within 10 days from the date of this order.

Done at Anchorage, Alaska, this 13th day of April, 2006.

/S/
JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE