Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  vs.<br><br>PAMELA D. RICKARD,<br><br>        Defendant. | NO. 3:06-mc-0008-JWS<br><br>**NOTICE OF FILING** |

The amicus files the financial affidavit of the defendant Pamela Rickard herewith, as ordered by the court (attached as Exhibit A).  This filing is late, but late filing is unopposed by the Assistant U.S. Attorney Retta-Rae Randall.  The filing is late because counsel misread the electronically-filed order as a proposed order.

DATED this 11th day of May 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:          907-646-3480
E-Mail:      sue_ellen_tatter@fd.org

Certification:
I certify that on May 11, 2006,
a copy of the **Notice of Filing** was
served electronically on:

Retta-Rae Randall
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Sue Ellen Tatter_____