CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF _____ V.S. _____

FOR _____

AT _____

LOCATION NUMBER ▸

PERSON REPRESENTED (Show your full name): **Pamela Deane Rickard**

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
- Magistrate
- District Court ▸
- Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed — **Student**
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment: **5/04**
- How much did you earn per month? $ **700.00**
- If married is your Spouse employed? ☒ Yes ☐ No — on and off for almost 4 years
- IF YES, how much does your Spouse earn per month? $ **I don't know / have been sep**
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES:
  - RECEIVED: $500.00 — SOURCES: from George Rickard - for phone bill
  - RECEIVED: $3000.00 — for House pmt from my boyfriend and best friend

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT:
  - VALUE: $65,000 — DESCRIPTION: my Land & Trailor house

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS:
  - ___ SINGLE
  - ___ MARRIED
  - ___ WIDOWED
  - ☒ SEPARATED OR DIVORCED
- Total No. of Dependents: **2**
- List persons you actually support and your relationship to them:
  - Kelcee Bass
  - Kayla Bass

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| House pmt | | $45,000.00 | $500.00 |
| Enstar - Owed from winter | | $151.00 | $60.00 |
| Back ACS Bills | | $426.00 | $120.00 |
| Doctor Bills — @ about Providence Hosp / Central Peninsula General Hosp | | $20,000 | ??? |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **4-18-06**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▸ *Pamela D. Rickard*

Exhibit A - Page 1 of 1